```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| Karissa L. Dunn | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NCO Financial Systems, Inc. | : | NO.  10-2315 |

### **O R D E R**

**AND NOW, TO WIT:** this 27th day of September, 2010, it having been reported by both counsel that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel.

                              BY THE COURT:


                               S/M. FAITH ANGELL
                              M. FAITH ANGELL
                              UNITED STATES MAGISTRATE JUDGE

Civ 12 (1/96)
41.1(b)

Date:    September 27, 2010
By Fax:  Hon. Louis H. Pollak
         Craig T. Kimmel, Esq.        215-540-8817
         Aaron R. Easley, Esq.        908-751-5944
         Richard A. Kessler, Esq.     215-735-3366