# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KARISSA L. DUNN<br><br>  Plaintiff,<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC.<br><br>  Defendant. | Civil Action No. 2:10-CV-02315 |

FILED

SEP 28 2010

## ORDER

AND NOW, this 27 day of September, 2010, it is hereby

ORDERED that the application of DAVID ISRAEL, ESQUIRE, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED

☐ DENIED

_____
United States District Judge